IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-07-282-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING** |
| v. | ) | **REPORT AND** |
| | ) | **RECOMMENDATION** |
| TERESO DIAZ-VILLAREAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  The Court has before it a Report and Recommendation filed by the United

States Magistrate Judge.  (Docket No. 169).  On September 3, 2008, Defendant

Tereso Diaz-Villareal appeared before the Magistrate Judge to enter a change of

plea pursuant to a written plea agreement. The Magistrate Judge conducted the plea

hearing and concluded there is a factual basis for Defendant's plea of guilty to

Count One of the Superseding Indictment (Docket No. 74), and that it was entered

voluntarily and with full knowledge of the consequences.  No objections to the

Report and Recommendation have been filed.

  The Court now has reviewed the record, and finds that the requirements of

Rule 11 have been met.  *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir.

2003).  Specifically, the Court finds that the Magistrate Judge adhered to the

requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was

**Order Adopting Report and Recommendation - 1**

voluntary and not the result of force or threats or promises apart from the plea

agreement; and that a factual basis for the plea exists.  *See id.*  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and

Recommendation (Docket No. 169) shall be, and the same is hereby, ADOPTED

as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to Count

One of the Superseding Information (Docket No. 74), shall be, and the same is

hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by

an independent basis in fact containing each of the essential elements of the

offense.

IT IS FURTHER ORDERED that Defendant Tereso Diaz-Villareal is found

to be GUILTY as to the crime charged in Count One of the Superseding Indictment

(Docket No. 74).

DATED:  **October 20, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order Adopting Report and Recommendation - 2**